IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SUNDBERG, JOHN D, SR.<br>SUNDBERG, AIMEE D<br>CESARZ, AIMEE D<br><br>            Debtors. | CHAPTER 7<br><br>CASE NO. 06-70165 MB<br><br>Judge  MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES THOMAS J. LESTER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on 02/10/06. The Trustee was appointed on 02/10/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtors' discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $20,721.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of June 21, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ | 2,512.38 |
| b. | DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. | NET CASH available for distribution | $ | 2,512.38 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit E) | $ | 628.10* |
| 2. | Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 5,533.00* |

*To the extent of available estate funds.

5. The Bar Date for filing unsecured claims expired on 07/25/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 6,161.10 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 9,689.85 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims. The Trustee is aware that this is not a good outcome with no benefit to the unsecured creditors, but it was necessary to investigate the Debtors' homestead proceeds. The fact that they proved their intent to reinvest the proceeds, was detrimental in the Trustee's recovery of the full $17,000.00.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $5,533.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $5,533.00, to the extent of available estate funds. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,400.00 was paid to Debtors' counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:    June 21, 2008

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee
100 PARK AVENUE
P.O. BOX 1389
ROCKFORD, IL  61105-1389
(815) 490-4900

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Research whether proceeds from sale of homestead are exempt

3. Draft Objection to the Debtors' homestead exemptions.

4. Prepare Trustee's Final Report to disburse funds to unsecured creditors and close case.

5. Prepare Annual reports.

6. Prepare Final Account and Form 4.

A detailed list of Trustee time is attached as Exhibit E-1.

**EXHIBIT A**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-70165 MB | | Trustee: | (330330) | THOMAS J. LESTER |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SUNDBERG, JOHN D, SR. | | Filed (f) or Converted (c): | 02/10/06 (f) | |
| | SUNDBERG, AIMEE D | | §341(a) Meeting Date: | 03/16/06 | |
| Period Ending: | 06/21/08 | | Claims Bar Date: | 07/25/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Checking account-Harvard Savings Bank<br>Exempt asset | 1.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account-Wonder Lake State Bank<br>Exempt asset | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods and furnishings<br>Exempt asset | 2,520.00 | 0.00 | DA | 0.00 | FA |
| 4 | Necessary wearing apparel<br>Exempt asset | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous jewelry<br>Exempt asset | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous sports equipment<br>Exempt asset | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Chevrolet Astro Van subject to lien of GMAC<br>Lienholder obtained Order lifting stay; pay-off for loan<br>was $9,916.00; Lien exceeded value of vehicle | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1994 Chevrolet 1 ton pick-up; 200,000 miles<br>Exemptions and costs of sale exceed value of vehicle | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1989 Chevrolet pick-up; 190,000 miles<br>Exemptions and costs of sale exceed value of vehicle | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1999 Honda Shadow motorcycle<br>Exemptions and costs of sale exceed value of vehicle | 3,200.00 | 0.00 | DA | 0.00 | FA |

EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-70165 MB  
Case Name: SUNDBERG, JOHN D, SR.  
SUNDBERG, AIMEE D  
Period Ending: 06/21/08  

Trustee: (330330) THOMAS J. LESTER  
Filed (f) or Converted (c): 02/10/06 (f)  
§341(a) Meeting Date: 03/16/06  
Claims Bar Date: 07/25/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | 1996 Chevrolet Suburban<br>Lien exceeds value of asset | 1,000.00 | 0.00 | DA | 0.00 | |
| 12 | Proceeds from sale of prior residence<br>Asset listed on Statement of Financial Affairs, #10 and exemption claimed on Schedule "C" | 17,000.00 | 17,000.00 | | 2,500.00 | |
| 13 | Interest (u) | Unknown | N/A | | 12.38 | Unknown |
| 13 | **Assets Totals** (Excluding unknown values) | **$37,721.00** | **$17,000.00** | | **$2,512.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of compromise entered May 25, 2007 regarding the Debtors' exemptions on the proceeds from the sale of their residence. The Trustee will prepare the Final Report.

Initial Projected Date Of Final Report (TFR): October 15, 2007    Current Projected Date Of Final Report (TFR): May 15, 2008

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-70165 MB | Trustee: | THOMAS J. LESTER (330330) |
| Case Name: | SUNDBERG, JOHN D, SR. / SUNDBERG, AIMEE D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7568784 | Account: | ***-*****21-65 - Money Market Account |
| Period Ending: | 06/21/08 | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/29/07 | {12} | John & Aimee Sundberg | Approval of Compromise entered 5/23/07 | 1110-000 | 2,500.00 | | 2,500.00 |
| 05/31/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.04 | | 2,500.04 |
| 06/29/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.29 | | 2,501.33 |
| 07/31/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.42 | | 2,502.75 |
| 08/31/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.38 | | 2,504.13 |
| 09/28/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.24 | | 2,505.37 |
| 10/31/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.47 | | 2,506.84 |
| 11/30/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.30 | | 2,508.14 |
| 12/31/07 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.27 | | 2,509.41 |
| 01/31/08 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.14 | | 2,510.55 |
| 02/29/08 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.51 | | 2,511.06 |
| 03/31/08 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.46 | | 2,511.52 |
| 04/30/08 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.35 | | 2,511.87 |
| 05/30/08 | {13} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,512.18 |
| 06/21/08 | {13} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.20 | | 2,512.38 |
| 06/21/08 | | To Account #*********2166 | Transfer to checking for preparation of Final Report | 9999-000 | | 2,512.38 | 0.00 |

| | Subtotals : | $2,512.38 | $2,512.38 |


EXHIBIT

Printed: 06/21/2008 05:30 PM V.10.03

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-70165 MB | Trustee: | THOMAS J. LESTER (330330) |
| --- | --- | --- | --- |
| Case Name: | SUNDBERG, JOHN D, SR. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | SUNDBERG, AIMEE D | Account: | ***-*****21-65 - Money Market Account |
| Taxpayer ID #: | 13-7568784 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/21/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 2,512.38 | 2,512.38 |  |
|  |  |  | Less: Bank Transfers |  | 0.00 | 2,512.38 |  |
|  |  |  | **Subtotal** |  | 2,512.38 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$2,512.38** | **$0.00** |  |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-70165 MB | Trustee: | THOMAS J. LESTER (330330) |
| --- | --- | --- | --- |
| Case Name: | SUNDBERG, JOHN D, SR. / SUNDBERG, AIMEE D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7568784 | Account: | ***-*****21-66 - Checking Account |
| Period Ending: | 06/21/08 | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/21/08 | | From Account #********2165 | Transfer to checking for preparation of Final Report | 9999-000 | 2,512.38 | | 2,512.38 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | ACCOUNT TOTALS | | 2,512.38 | 0.00 | $2,512.38 |
| | | Less: Bank Transfers | | 2,512.38 | 0.00 |
| | | Subtotal | | 0.00 | 0.00 |
| | | Less: Payments to Debtors | | | $0.00 |
| | | NET Receipts / Disbursements | | $0.00 | $0.00 |

Net Receipts: 2,512.38
Net Estate: $2,512.38

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****21-65 | 2,512.38 | 0.00 | 0.00 |
| Checking # ***-*****21-66 | 0.00 | 0.00 | 2,512.38 |
| | $2,512.38 | $0.00 | $2,512.38 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SUNDBERG, JOHN D, SR.<br>SUNDBERG, AIMEE D<br>CESARZ, AIMEE D<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 06-70165 MB<br><br>Judge MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, <u>THOMAS J. LESTER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,512.38 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 2,512.38 |

**EXHIBIT D**

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,512.38 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | THOMAS J. LESTER, Trustee compensation | 628.10 | 256.13 |
| | HINSHAW & CULBERTSON, LLP Attorneys' fees | 5,533.00 | 2,256.25 |
| | | TOTAL  $ | 2,512.38 |

b. $0.00 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |

**EXHIBIT D**

| NUMBER | CREDITOR | REQUESTED | ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL            $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL            $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Claims for alimony, maintenance or support: | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL            $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Taxes §724(b) - Tax Liens: | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL            $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL            $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $0.00 | 0.00% |
| CLAIM NUMBER    CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|  | TOTAL            $ | 0.00 |

    d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $9,689.85, yielding a dividend of 0.00% as itemized below:

**EXHIBIT D**

| 10. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $9,689.85 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 5,380.28 | 0.00 |
| 2 | eCAST Settlement Corporation assignee of | 241.11 | 0.00 |
| 3 | Chase Bank | 2,450.93 | 0.00 |
| 4 | Spark Energy Gas / URS | 415.00 | 0.00 |
| 5 | Centegra Northern IL Medicare | 1,202.53 | 0.00 |
| | | TOTAL $ | 0.00 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

f. $0.00 for fines and penalties

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

g. $0.00 for interest

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

**EXHIBIT D**

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Subordinated General Unsecured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

i. $0.00 to the Debtor

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

j. $0.00 for secured creditors

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Creditors | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order, withdrawn by the claimant, or otherwise barred from distribution:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE:   June 21, 2008

/s/ Thomas J. Lester
THOMAS J. LESTER, Trustee

**EXHIBIT D**

## **PROFESSIONAL FEES & EXPENSES**

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---|---|---|
| Trustee's Attorney | $0.00 | $5,533.00 | $5,533.00* |
| Trustee's Accountant | N/A | N/A | N/A |
| Trustee's Other Professionals | N/A | N/A | N/A |
| Debtor's Attorney | $1,400.00 | $0.00 | $1,400.00 |
| Debtors' Accountant | N/A | N/A | N/A |
| Any Other Professional | N/A | N/A | N/A |
| **TOTAL** | $1,400.00 | $0.00 | $6,933.00 |

*To the extent of available estate funds.

**EXHIBIT G**