Case Name: SUNDBERG, JOHN D., SR.
　　　　　　SUNDBERG, AIMEE D.
　　　　　　AKA CESARZ, AIMEE D.
Case No:　　06-70165

## **CERTIFICATION OF REVIEW**

　　　The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 25, 2008　　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　　　United States Trustee, Region 11


　　　　　　　　　　　　　　　BY:　 */s/ Carole J. Ryczek*
　　　　　　　　　　　　　　　　　　 CAROLE J. RYCZEK
　　　　　　　　　　　　　　　　　　 Attorney for the U.S. Trustee