IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
SUNDBERG, JOHN D, SR.
SUNDBERG, AIMEE D
CESARZ, AIMEE D

CHAPTER 7

CASE NO. 06-70165 MB

Judge MANUEL BARBOSA

Debtors.

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL  61101

   on: July 21, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 256.13 | |
| HINSHAW & CULBERTSON, LLP | $ 0.00 | $ 2,256.25 | |

Trustee's Attorneys' fees

4. The Trustee's Final Report shows total:

   a. Receipts                                    $      2,512.38

   b. Disbursements                               $          0.00

   C. Net Cash Available for Distribution         $      2,512.38

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $9,689.85, resulting in an approximate distribution of 0.00% to unsecured

creditors. The Trustee is aware that this is not a good outcome with no benefit to the unsecured creditors, but it was necessary to investigate the Debtors' homestead proceeds. The fact that they proved their intent to reinvest the proceeds, was detrimental in the Trustee's recovery of the full $17,000.00.

6. The Debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:   July 21, 2008                    /s/ Thomas J. Lester
                                          THOMAS J. LESTER, Trustee

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3          User: cbachman              Page 1 of 2         Date Rcvd: Jun 27, 2008
Case: 06-70165                Form ID: pdf002             Total Served: 45

The following entities were served by first class mail on Jun 29, 2008.
db          +John D Sundberg, Sr.,    152 South Walworth Street,    Darien, WI 53114-1504
jdb         +Aimee D Sundberg,    152 South Walworth Street,    Darien, WI 53114-1504
aty         +Matthew M. Hevrin,    Hinshaw & Culbertson,   100 Park Avenue,    Rockford, Il 61101-1020
aty         +Richard T Jones,    138 Cass Street,   Woodstock, IL 60098-3254
aty         +Thomas J Lester,    Hinshaw & Culbertson,    100 Park Avenue,    POB 1389,   Rockford, IL 61105-1389
tr           Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL   61105-1389
10592846     Advocate Medical Group,    c/o ICS,   Post Office Box 646,    Oak Lawn, IL 60454-0646
10592845    +Advocate Medical Group,    701 Lee Street,    Des Plaines, Illinois 60016-4539
10592847     Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
10592848    +Centegra Memorial Medical Center,    Post Office Box 1990,    Woodstock, Illinois 60098-1990
11494124    +Centegra Northern IL Medicare,    C/O H & R Accounts, Inc,    PO Box 672,   Moline, IL 61266-0672
11361892     Chase Bank,    PO BOX 15145,   Wilmington, DE 19850-5145
10592849     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
10592851    +ComCast,    c/o Credit Protection Assoc.,    13355 Noel Road,    Dallas, TX 75240-6602
10592850     ComCast,    2508 West Route 120,    McHenry, Illinois 60050
10592852     Discover Financial Services,    c/o Venus Capital Services,    Post Office Box 4607,
              Chesterfield, MO 63006-4607
10592854     GMAC,    Post Office Box 217060,    Auburn Hills, MI 48321-7060
10592855    +Great Bank,    234 South Randall Road,    Algonquin, Illinois 60102-9706
10592857     Greater Elgin Emergency Spec.,    Post Office Box 88335, Dept. 2045,    Carol Stream, IL 60188-0335
10592856     Greater Elgin Emergency Spec.,    c/o Creditors Collection Bureau,    Post Office Box 63,
              Kankakee, IL 60901-0063
10592858    +Lake/McHenry Pathology Assoc.,    520 East 22nd Street,    Lombard, Illinois 60148-6110
10592859     MBNA,    Post Office Box 15026,    Wilmington, DE 19850-5026
10592860     McHenry Radiologist,    c/o A/R Concepts,    2320 Dean Street, #202,    St. Charles, IL 60175-1068
10592861     McHenry Radiology & Imaging,    c/o Business Revenue Systems, Inc.,    Post Office Box 13077,
              Des Moines, IA 50310-0077
10592862    +McHenry Radiology & Imaging,    Post Office Box 220,    McHenry, Illinois 60051-0220
10592865    +Moraine Emergency Phys.,    c/o OSI Collection Serv.,    4165 E. Thousand Oaks , #245,
              Westlake Villa, CA 91362-7231
10592863     Moraine Emergency Phys.,    c/o Gold Key Credit, Inc.,    Post Office Box 15670,
              Broosksville, FL 34604-0122
10592864     Moraine Emergency Phys.,    c/o Medclear,    507 Prudential Rd.,    Horsham, PA 19044-2308
10592866     Moraine Emergency Physicians,    Post Office Box 8759,    Philadelphia, PA 19101-8759
10592867     NMEDCLR,    c/o PFG of Minnesota,    7825 Washington Avenue, #410,    Minneapolis, MN 55439-2409
10592869    +Northern IL Medical Center,    Post Office Box 1447,    Woodstock, Illinois 60098-1447
10592868     Northern IL Medical Center,    c/o American Collection Corp.,    919 Estes Court,
              Schaumburg, IL 60193-4427
10739991    +Northern Il Medical Center,    % H & R Accounts,    PO Box 672,    Moline, Il 61266-0672
10592870    +Northwest Suburban Imaging,    34659 Eagle Way,    Chicago, Illinois 60678-0001
10592871     Orchard Bank,    Post Office Box 17051,    Balitmore, MD 21297-1051
10592872     Providian,    Attn: Bankruptcy,    Post Office Box 5050,    Norcross, GA 30091-5050
10592873     Roger Lundquist, MD,    c/o NCO Financial Systems,    100 Constitution Ave.,
              Upper Darby, PA 19082-2230
10592874    +Sherman Hospital,    934 Center Street,    Elgin, Illinois 60120-2198
11462334    +Spark Energy Gas / URS,    3010 Briar Park Ste 550,    Houston, TX 77042-3766
10592875    +Utility Resource Solutions,    2603 Augusta Drive, #140,    Houston, TX 77057-5677
10592876    +Woodstock Imaging Assoc.,    520 E. 22nd Street,    Lombard, Illinois 60148-6110
11354930     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
11369706    +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Jun 28, 2008.
10592853      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:37      Discover Financial Services,
              Post Office Box 8003,    Hilliard, Ohio 43026
11341511      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:37
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman          Page 2 of 2          Date Rcvd: Jun 27, 2008
Case: 06-70165                Form ID: pdf002         Total Served: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**              **Signature:** _Joseph Speetjens_