IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>SUNDBERG, JOHN D, SR.<br>SUNDBERG, AIMEE D<br>CESARZ, AIMEE D<br><br>Debtors. | CHAPTER 7 CASE<br><br>CASE NO. 06-70165 MB<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: 2/22/09

THOMAS J. LESTER, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: 3-2-09

WILLIAM T. NEARY
United States Trustee

By: Christine K. Miller

CHRISTINE K. MILLER
Paralegal Specialist

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105
(815) 490-4900

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2008 through August 29, 2008
Account Number: **000312889882166**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00016718 DBI 802 24 24608 - NNNNN  1 000000000 60 0000
06-70165 SUNDBERG JOHN D SR
SUNDBERG AIMEE D DEBTOR
330330 THOMAS LESTER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $2,512.38 |
| Checks Paid | 2 | - 2,512.38 |
| Ending Balance | 2 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 08/07 | $256.13 |
| 102 | 08/07 | 2,256.25 |
| Total Checks Paid |  | $2,512.38 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/07 | $0.00 |

EXHIBIT B

Page 1 of 2